**Order entered February 20, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00073-CV**

**IN THE ESTATE OF IRA E. TOBOLOWSKY, DECEASED**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-17620**

## ORDER

Before the Court is appellants Dallas County, Texas and the Dallas County Medical Examiner's February 19, 2019 motion to extend time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than April 15, 2019.[1]

/s/    BILL WHITEHILL
       JUSTICE

---

[1] Appellants assert this appeal is accelerated. Appellants' assertion is incorrect. Although this appeal challenges, in part, an order denying a plea to the jurisdiction, it is not accelerated as the appealed order disposes of all parties and claims and is final. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).